

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Louis D. Lappen, Assistant U.S. Attorney*
*Direct Dial: (215) 861-8551*
*Facsimile: (215) 861-8618*
*E-mail Address: Louis.Lappen@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, PA 19106-4476*
*215-861-8200*

October 27, 2025

U.S. District Court Clerk's Office
United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    *U.S. v. Joseph Moore, Crim. No. 25-440*

Dear Clerk:

Please unseal the Information with regard to the above-captioned case.

    Very truly yours,

    DAVID METCALF
    United States Attorney

    */s/ Louis D. Lappen*

    LOUIS D. LAPPEN
    Assistant United States Attorney